UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE N. TORRES,<br><br>Petitioner,<br><br>v.<br><br>MONA D. HOUSTON, Warden,<br><br>Respondent. | No. 2:21-cv-00743 KJM GGH P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No. 10) is granted.

Dated: July 21, 2021

                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE