HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Petitioner
STEPHANIE N. TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE N. TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MONA D. HOUSTON, Warden,<br><br>　　　　Respondent. | Case No. 2:21-cv-00743 KJM GGH<br><br>**SUBSTITUTION OF ATTORNEY; [lodged] ORDER**<br><br>**Judge:  The Honorable Gregory G. Hollows** |

　　　　On September 27, 2021, this Court issued findings and recommendations in the above-entitled matter that, among other things, appointed the Federal Defender Office for the limited purpose of arguing objections, if any, to the recommendation that the petition be denied. ECF 18 at 14.  The Court also permitted the Federal Defender to seek appointment for an attorney on the CJA panel in lieu of attorney representation from the Federal Defender Office. *Id*. at 14, n.6.

　　　　Because of workload issues, the Federal Defender Office has determined an attorney on the CJA panel should be appointed to represent Ms. Torres.  Accordingly, it is respectfully requested that Assistant Federal Defender David M. Porter and the Federal Defender Office be relieved as attorneys of record in the above-captioned case and that attorney KARYN BUCUR, 24881 Alicia Parkway #E-193, Laguna Hills, CA 92653, telephone: (949) 472-1092, email:

/ / /

/ / /

khbucur@cox.net, be substituted in as appointed counsel for Ms. Torres pursuant to the proposed order lodged herewith.

Dated: October 14, 2021

    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

I accept the substitution and ask to be appointed.

DATED: October 14, 2021

/s/ *Karyn Bucur*
KARYN BUCUR
Attorney at Law

**O R D E R**

Pursuant to the request of the Federal Defender Office filed October 14, 2021, and good cause appearing therefor, Assistant Federal Defender David M. Porter and the Federal Defender Office are relieved as attorneys of record in the above-captioned case and attorney KARYN BUCUR, 24881 Alicia Parkway, #E-193, Laguna Hills, CA 92653, Telephone: (949) 472-1092, is appointed in their stead.

Dated: October 21, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE