KARYN H. BUCUR
Attorney at Law
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, California 92653
Tel: (949) 472-1092
Email:  khbucur@cox.net

Proposed Attorney for Petitioner
STEPHANIE N. TORRES
Under the Criminal Justice Act

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHANIE N. TORRES,<br><br>                        Petitioner,<br><br>            v.<br><br>MONA D. HOUSTON,<br>                        Respondent. | CASE NO.  2:21-CV-00743 KJM GGH<br><br>~~PROPOSED~~ ORDER [GRANTING PETITIONER'S DATE TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO NOVEMBER 24, 2021] |

        FOR GOOD CAUSE SHOWN, petitioner's request for an order extending petitioner's date to file written objections to the Magistrate Judge's Findings and Recommendations is granted.  The new due date is November 24, 2021.

IT IS SO ORDERED.

Dated: November 23, 2021

                              /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE