UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE N. TORRES, | No. 2:21-cv-00743 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| MONA D. HOUSTON, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel[1], has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 18. Petitioner has filed objections to the findings and recommendations. ECF No. 26. Respondent has filed a reply to the objections. ECF No. 27.

/////

/////

---

[1] The undersigned appointed counsel for petitioner for the limited purpose of filing objections to the September 27, 2021 Findings and Recommendations. *See* ECF No. 18 at 14-15.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 27, 2021, are adopted in full;
2. The habeas petition is denied; and
3. The court issues a certificate of appealability as to the insufficiency of the evidence issue regarding the intent to kill deputies Valdes and Thompson (cars two and three).

DATED: October 31, 2022.

CHIEF UNITED STATES DISTRICT JUDGE